# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand twenty-six.

---

Imran Ahmed,

Plaintiff - Appellant,

v.

Marco Rubio, in his official capacity as Secretary of State, Sarah B. Rogers, in her official capacity as Under Secretary of State for Public Diplomacy, Todd Blanche, United States Attorney General, in his official capacity, Markwayne Mullin, Secretary of Homeland Security, in his official capacity, David J. Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, Kenneth Genalo, in his official capacity as Field Office Director of the New York Immigration and Customs Enforcement Office,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-2509

Appellant has filed a motion for a stay of the district court's September 8, 2026 Opinion and Order. Via letter dated September 10, 2026, the parties have submitted a proposed schedule for briefing on Appellant's motion for a stay.

IT IS HEREBY ORDERED that the parties' request is GRANTED. Appellees' opposition to Appellant's motion for a stay is due by September 30, 2026 and Appellant's reply is due by October 14, 2026.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

